UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JANET KISELICKA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>PROHEALTH CARE, INC.,<br><br>　　　　　　Defendant. | Case No.: 21-cv-674<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. William E. Duffin |

Plaintiff Janet Kiselicka, by counsel, Ademi LLP, and Defendant ProHealth Care, Inc., by counsel, Michael Best & Friedrich LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant ProHealth Care, Inc., are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 12th day of May 2022.

| **ADEMI LLP** | **MICHAEL BEST & FRIEDRICH LLP** |
|---|---|
| /s/ Ben J. Slatky<br>Ben J. Slatky (SBN 1106892)<br>3620 E. Layton Avenue<br>Cudahy, WI 5311<br>Phone No.: 414-482-8000<br>Fax No.: 414-482-8001<br>E-mail: bslakty@ademilaw.com<br>*Attorneys for Plaintiff* | /s/ Mitchell W. Quick<br>Mitchell W. Quick (SBN 1001493)<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202-4108<br>Phone No.: 414-225-2755<br>Fax No.: 414-277-0656<br>E-mail: mwquick@michaelbest.com<br>*Attorneys for Defendant* |